UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY E. KNIEPER and HENRY KNIEPER | CIVIL ACTION NO. |
| | JUDGE: |
| VERSUS | |
| | MAGISTRATE JUDGE: |
| SHOE STATION, INC. and LIBERTY MUTUAL FIRE INSURANCE COMPANY | |

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Mary E. Knieper and Henry Knieper, who respectfully represent that the defendants are indebted to them for the following:

### PARTIES

### Plaintiffs

1. Plaintiffs, Mary E. Knieper and Henry Knieper, individuals of the full age of majority and domiciled in Ascension Parish, State of Louisiana

### Defendants

2. Defendant SHOE STATION, INC. is a foreign corporation authorized to do and doing business in the State of Louisiana; and

3. Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY is a foreign insurer authorized to do and doing business in the State of Louisiana.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, diversity jurisdiction, as no defendant shares Louisiana domicile with plaintiffs.

2. Venue is proper in this Court pursuant to 28 U.S.C. §1391(f)(1) because a substantial part of the events or omissions giving rise to the claims herein occurred in this District, and Defendants have at all relevant times been doing business in this district and throughout Louisiana.

## FACTS

3. On or about February 11, 2015, Plaintiff MARY E. KNIEPER, was shopping at Defendant SHOE STATION, INC.'s store located at 10771 South Mall Drive in the Parish of East Baton Rouge, State of Louisiana.

4. While shopping, Plaintiff sat on a stool provided by Defendant for the use of customers in Defendant's store.

5. Suddenly and without warning, this stool collapsed, causing injury to Plaintiff.

6. As a result of the accident, Plaintiff has suffered physical injuries including a broken and partially severed finger, has experienced pain, suffering, frustration and inconvenience, has incurred medical bills, and has suffered lost wages.

7. Also as a result of the accident, Plaintiff's husband, Co-plaintiff HENRY KNIEPER, has suffered a loss of consortium due to the physical injuries sustained by his wife.

8. Plaintiffs are informed and believe that at the time of the accident referred to herein, and at all other pertinent times, Defendant's business

premises was insured by a liability policy issued by LIBERTY MUTUAL FIRE INSURANCE COMPANY, which was then in full force and effect, and, accordingly, a direct cause of action is herein asserted against LIBERTY MUTUAL FIRE INSURANCE COMPANY.

9. Plaintiffs allege that the accident was due to the fault and negligence of Defendant SHOE STATION, INC., in the following, non-exclusive particulars:

   a) by failing to maintain a reasonably safe premises;

   b) by offering for the use of customers furniture that was not adequately maintained or safe for intended use;

   c) by failing to take reasonable action to prevent injury to customers due to the unreasonably dangerous nature of its premises;

   d) by failing to warn of dangerous conditions and instrumentality within defendant's garde or custody; and

   e) by other acts of negligence, to be shown at trial.

10. Plaintiffs aver that they are therefore entitled to recover from Defendants a reasonable and equitable award, sufficient to fully and adequately compensate them for all of their damages resulting from the accident.

## PRAYER FOR RELIEF

**WHEREFORE**, the plaintiffs, MARY E. KNIEPER and HENRY KNIEPER pray that after all due proceedings are had, there be judgment rendered herein in their favor, and against the defendants, SHOE STATION, INC. and LIBERTY MUTUAL FIRE INSURANCE COMPANY, INC., as prayed for above, in an amount reasonable and equitable in the premises to compensate them for their damages, together with legal interest from the date of judicial demand until paid

in full, plus all costs of these proceedings, and for all other general and equitable relief to which they may be entitled.

Respectfully submitted:

s/Christopher D. Shows
Christopher D, Shows, Trial Attorney
Bar Roll Number 20608
**PIERCE & SHOWS**
Attorneys for Plaintiffs
601 St. Joseph Street
Baton Rouge, Louisiana 70802
(225) 388-9574
cshows@pierceandshows.com

**WAIVER OF THE SERVICE OF SUMMONS TO BE REQUESTED**